J. HENRY HOWE et al., Respondents, *v.* THOMAS F. CUSHING
COMPANY, Appellant.

Reported below, 140 App. Div. 941.
(Argued April 29, 1912; decided May 7, 1912.)

MOTION to dismiss an appeal from a judgment entered
December 1, 1910, upon an order of the Appellate Divi-
sion of the Supreme Court in the fourth judicial depart-
ment, overruling defendant's exceptions, ordered to be
heard in the first instance by the Appellate Division, deny-
ing a motion for a new trial and directing judgment for
plaintiff on the verdict.

The motion was made upon the ground that defend-
ant had been adjudged a bankrupt and a trustee duly

appointed who had qualified, but that no substitution of parties had been made.

*James M. E. O'Grady* for motion.

*George D. Reed* opposed.

Motion denied, with ten dollars costs.